IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| HUBERT JACKSON, | ) | |
|---|---|---|
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 10-1358 |
| | ) | |
| STEPHEN A. ZAPPALA, JR., et al., | ) | |
| Respondents. | ) | |

O R D E R

AND NOW, this 10th day of November, 2010, after the petitioner, Hubert Jackson, filed a petition for a writ of habeas corpus, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the petitioner until November 8, 2010 to file written objections thereto, and upon consideration of the objections filed by petitioner, and upon independent review of the petition and upon consideration of the Magistrate Judge's Report and Recommendation (Docket No. 3), which is adopted as the opinion of this Court,

IT IS ORDERED that the petition for a writ of habeas corpus filed by petitioner Hubert Jackson (Docket No. 1) is transferred to the United States Court of Appeals for the Third Circuit pursuant to 28 U.S.C. § 1631 as a successive petition forthwith.

/s/ Joy Flowers Conti
Joy Flowers Conti
United States District Judge

cc:    Hubert Jackson
       AJ-2373
       SCI Somerset
       1600 Walters Mill Road
       Somerset, PA 15510